PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Patricia Trumbull<br>U.S. Magistrate Judge | RE: | Christopher Wilson |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 06-00526 JF |
| | | DATE: | 1/10/2007 |

FILED
JAN 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                                        408-535-5222
U.S. Pretrial Services Officer                      TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[PVT]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5
       on _1/17/07_ at _11:00 AM_.

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____ Presiding  District Court Judge_____

[ ]  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]  Modification(s)

     A.

     B.

[ ]  Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]  Other Instructions:

_____

_____

_Patricia V. Trumbull_                              _1/11/07_
JUDICIAL OFFICER                                    DATE

Cover Sheet (12/03/02)